Louis GOLDING, Appellant,

v.

Anthony J. CELEBREZZE, Secretary of
Health, Education and Welfare,
Appellee.

No. 10287.

United States Court of Appeals
Fourth Circuit.

Argued April 8, 1966.

Decided May 3, 1966.

Louis Golding, appellant, pro se.

H. Marshall Simpson, Asst. U. S. Atty.
(William H. Murdock, U. S. Atty., on
brief), for appellee.

Before HAYNSWORTH, Chief Judge,
BOREMAN, Circuit Judge, and BARKS-
DALE, District Judge.

PER CURIAM:

■■ This claimant for Social Secur-
ity benefits appeals from an adverse de-
termination that he had not established
coverage under the Act during the rele-
vant period. Since the record is devoid
of any substantial evidence controvert-
ing the presumption which naturally de-
rives from the absence of any record of
self-employed earnings, the administra-
tive determination and its affirmance by
the District Court seem plainly correct.

Affirmed.